ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
AMINAH RANDLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0391 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) PROPOSED ORDER |
| vs. | ) |
| AMINAH RANDLE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, AMINAH RANDLE, by and through her attorney of record, Anthony P. Capozzi; ROBERT JOHNSON, by and through his attorney of record, Roger K. Litman; and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the Hearing now set for Monday, November 20, 2006 at 9:00 a.m. be continued to Monday, December 11, 2006 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.   Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| 1 |  | concerning the defendant, including but not limited to any |
| 2 |  | pretrial motion, from the filing of the motion through the |
| 3 |  | conclusion of the hearing on, or other prompt disposition |
| 4 |  | of, such motion; |
| 5 | 2. | Title 18, United States Code, Section 3161(h)(8)(A) -- |
| 6 |  | that the ends of justice served by taking such action |
| 7 |  | outweighs the best interest of the public and the |
| 8 |  | defendant in a speedy trial; |
| 9 | 3. | Title 18, United States Code, Section 3161(h)(8)(ii) -- |
| 10 |  | that it is unreasonable to expect adequate preparation for |
| 11 |  | pre-trial proceedings or for the trial itself with the |
| 12 |  | time limits established due to the complexity of the case. |

Respectfully submitted,

Dated: November 16, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
AMINAH RANDLE

Dated: November 16, 2006

/s/ Roger K. Litman
Roger K. Litman,
Attorney for Defendant,
ROBERT JOHNSON

Dated: November 16, 2006

/s/ Stanley A. Boone
Stanley A. Boone,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

### **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Hearing now set for November 20, 2006 be continued to December 11, 2006 at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

Dated:  November _22, 2006

                                        /S/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger,
                                        U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com