

1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA 93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail: capozzilaw@aol.com

5  Attorney for Defendant,
   AMINAH RANDLE

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0391 OWW |
| Plaintiff, | EX PARTE APPLICATION FOR ASSISTANCE WITH TRANSPORTATION AND STAY EXPENSES |
| vs. | |
| AMINAH RANDLE, | |
| Defendant. | |

**TO: THE HONORABLE OLIVER W. WANGER, JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

Application is hereby made by Defendant, AMINAH RANDLE, by and through her attorney of record, Anthony P. Capozzi pursuant to Title 18, United States Code Section 4285 for the Court to order the United States Marshal's Office to provide the necessary transportation to Fresno, California, and her return to Las Vegas, and an amount of money for subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under Title 5, United States Code Section 5702(a).

Defendant, AMINAH RANDLE, has no means of paying for said transportation to Fresno, California and her return to Las Vegas. (See attached Financial Affidavit prepared by Defendant, AMINAH RANDLE, indicating her current financial situation.)

It is respectfully requested that this Court order the United States Marshal's office to provide the necessary transportation to Fresno, California, and her return to Las Vegas, Nevada, and an amount of money for subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under Title 5, United States Code Section 5702(a).

Respectfully submitted,

Dated: November 20, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
AMINAH RANDLE

## ORDER

IT IS SO ORDERED. Upon the ex parte request of Defendant, AMINAH RANDLE, the Court finds that the Defendant, AMINAH RANDLE, is financially unable to provide the necessary transportation to Fresno, California, and pursuant to Title 18, United States Code Section 4285, it is hereby Ordered that the United States Marshal's office arrange for Defendant, AMINAH RANDLE's means of transportation from Las Vegas, Nevada, to Fresno, California, and her return to Las Vegas, Nevada, and to provide the Defendant, AMINAH RANDLE, with an amount of money for subsistence expenses to Fresno, California, not to exceed the amount authorized as a per diem allowance for travel under Title 5, United States Code Section 5702(a). This authorization is for the Sentencing Hearing to be held on Tuesday, November 27, 2007 at 11:00 a.m.

Dated: November 21, 2007

_____
Honorable Oliver W. Wanger
U.S. District Court Judge