```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   ANA MARIA MARTEL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559)497-4000
5  Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05CR00391-OWW |
| Plaintiff, | |
| v. | ORDER TO QUASH WRIT |
| AMINAH RANDLE, | OF ATTACHMENT/GARNISHMENT |
| Defendant and Judgment Debtor. | |
| ACS EDUCATION SERVICES, INC., | |
| Garnishee. | |

A Writ of Attachment/Garnishment was served upon ACS Education Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer of Garnishee, the United States filed with this Court a Request to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///
///
///
///

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, ACS Education Services, Inc., is terminated.

IT IS SO ORDERED.

Dated:   **January 11, 2011**             **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2