```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  CASE NO. 1:05CR00391-OWW
                                   )
11           Plaintiff,             )
                                   )
12      v.                         )
                                   )  ORDER TO QUASH WRIT
13  AMINAH RANDLE,                 )  OF ATTACHMENT/GARNISHMENT
                                   )
14           Defendant and        )
             Judgment Debtor.     )
15  _____)
                                   )
16  SPHERION PACIFIC WORKFORCE, LLC., )
                                   )
17           Garnishee.             )
    _____)
18

19

20       A Writ of Attachment/Garnishment was served upon Spherion

21  Pacific Workforce, LLC., Garnishee, on October 8, 2010.  Based upon

22  the letter provided by Garnishee, the United States filed with this

23  Court a Motion to Quash Writ of Attachment/Garnishment, and having

24  reviewed and considered the same,

25  ///

26  ///

27  ///

28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Spherion Pacific Workforce, LLC., is terminated.

IT IS SO ORDERED.

**Dated:   January 18, 2011**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment