```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )  CASE NO. 1:05CR00391-OWW
                                  )
11            Plaintiff,          )
                                  )
12       v.                       )  ORDER TO QUASH WRIT
                                  )  OF ATTACHMENT/GARNISHMENT
13  AMINAH RANDLE,                )
                                  )
14            Defendant and       )
              Judgment Debtor.    )
15  _____)
                                  )
16  INTERIM PERSONNEL OF FRESNO, INC., )
                                  )
17            Garnishee.          )
    _____)
18
19
20       On October 19, 2010, a Writ of Attachment/Garnishment was served
21  upon Spherion Pacific Workforce, LLC., the parent company of the
22  Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter
23  provided by Spherion in a companion Writ, the United States filed
24  with this Court a Motion to Quash Writ of Attachment/Garnishment, and
25  having reviewed and considered the same,
26  ///
27  ///
28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

1  IT IS HEREBY ORDERED that the Writ is quashed and the
2  attachment/garnishment against Garnishee, INTERIM PERSONNEL OF
3  FRESNO, INC., is  terminated.

6  IT IS SO ORDERED.

   Dated: February 25, 2011.

                                       /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2